**FILED**

12/16/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| K2 AVIATION, LLC, a Colorado limited liability company<br><br>                Plaintiff,<br><br>vs.<br><br>DEVINAIRE, LLC, a Washington limited liability company, and CASCADE SYSTEM TECHNOLOGY, LLC, a Delaware limited liability company,<br><br>                Defendants. | CV 19-123-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiff moves for the admission of Christopher T. Leach to practice before this Court in this case with Steven M. Hamilton and Ryan P. Browne to act as local counsel. Mr. Leach's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Christopher T. Leach *pro hac vice* is GRANTED on the condition that Mr. Leach shall do his own work. This means that Mr. Leach must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Leach may move for the

admission pro hac vice of one (1) associate of his firm. Such associate, if duly

admitted, shall be authorized to participate in this case on the same terms and

conditions as Mr. Leach.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless

Mr. Leach, within fifteen (15) days of the date of this Order, files a pleading

acknowledging his admission under the terms set forth above.

DATED this 16th day of December, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge