IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| K2 AVIATION, LLC, a Colorado limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DEVINAIRE, LLC, a Washington limited liability company; CASCADE SYSTEM TECHNOLOGY, LLC, a Delaware limited liability company; and AARON SOULE,<br><br>　　　　　　　Defendants. | CV 19-123-BLG-SPW<br><br>ORDER GRANTING ENTRY OF DEFAULT JUDGMENT |

Before the Court is Plaintiff K2 Aviation, LLC's Motion for Entry of Default Judgment (Doc. 29). Default was entered against Defendants Devinaire, LLC, and Aaron Soule on April 26, 2021. (Doc 23 & 23). Defendant Cascade System Technology, LLC, was dismissed on April 27, 2021. (Doc. 28). Along with the Motion for Entry of Default Judgment, Plaintiff submitted four exhibits supporting their calculations of damages, costs, and attorney's fees. (Doc. 29-1, 29-2, 29-3, and 29-4).

Under Fed. R. Civ. P. 55(b)(2), the Court must determine the amount of damages to be awarded and hold a hearing to build the record, if necessary.

1

However, where the award calculation is straightforward and the declaration and other materials provided by Plaintiff and Plaintiff's counsel supplies adequate evidentiary basis, a hearing is unnecessary. *See Budanio v. Saipan Marine Tours, Inc.*, 22 Fed. Appx. 708, 712 (9th Cir. 2001). Such is the case here. Plaintiff has provided an adequate basis for the Court to determine the award. Accordingly,

IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff K2 Aviation, LLC, and against Defendant Devinaire, LLC, in the amount of $74,995.79, together with continuing interest, costs, and fees, and against Defendant Aaron Soule in the total amount of $302,096.09, together with continuing interest, costs, and fees.

IT IS FURTHER ORDERED that Plaintiff is awarded $30,918.00 in attorneys' and paralegal fees and $955.48 as reasonable and necessary fees and costs.

DATED this 6th day of August 2021.

                                                        SUSAN P. WATTERS
                                                       United States District Judge